**Eric M. Haley, Trustee**
PO Box 13390
Scottsdale, Arizona 85267
Email: trustee@haley-law.com
Phone: (602) 218-5136
Fax: (623) 258-4016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>WESCO MINERALS, LLC,<br><br>　　　　Debtor(s). | Case No. 2:09-bk-21738-SSC<br><br>Chapter 7<br><br>**WITHDRAWAL OF TRUSTEE'S APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT** |

Eric M. Haley, the Chapter 7 trustee herein ("Trustee"), withdrawals his *Application for Order for Payment of Unclaimed Funds U.S. Bankruptcy Court* ("Application"), based upon the following:

1. Debtor Wesco Minerals, LLC filed a voluntary petition under Chapter 11 on September 3, 2009.

2. The Court converted this case to one under Chapter 7 on May 12, 2011.

3. On January 20, 2013 Trustee Noticed his intent to abandon as burdensome and inconsequential to the estate $5,157.24 .

4. Following the Noticing period, with no objection having been filed, Trustee issued a check in this amount payable to Debtor Wesco Minerals, LLC.

5. More than 90 days elapsed without the check being presented for payment, and on May 16, 2013 Trustee filed an Application to pay that amount over to the Bankruptcy Court Registry as unclaimed funds pursuant to Bankruptcy Rule 3011.

6. Through discussions with Debtor's counsel, Trustee is assured check will be negotiated if reissued.

WHEREFORE, based on the foregoing, Trustee withdraws his *Application for Order for Payment of Unclaimed Funds U.S. Bankruptcy Court*.

Dated this 16th day of May, 2013

/s/ Eric M. Haley
Eric M. Haley
Chapter 7 Trustee